# United States District Court

__MIDDLE__ _____ DISTRICT OF _____ __ALABAMA__ _____

UNITED STATES OF AMERICA

v.

MORGAN CHIGAWA

## WARRANT FOR ARREST

CASE NUMBER: *3:05MJ66-CSC*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Morgan Chigawa _____
Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
by force and violence and by intimidation, take, from the person and presence of another, property and money and any thing of value belonging to, and in the care, custody, control, management and possession of, any bank, and in attempting to commit said offense, assault any person and put in jeopardy the life of any person by the use of a dangerous weapon and device; and, during and in relation to any crime of violence for which the person may be prosecuted in a court of the United States, used a firearm, or who, in furtherance of said crime, possessed a firearm,

in violation of Title ____18____ United States Code, Section(s) ___2113(a) & (d), 924(c)(1)(A)___

__SUSAN RUSS WALKER__                    __U.S. MAGISTRATE JUDGE__
Name of Issuing Officer                      Title of Issuing Officer

_[signature]_                             __MAY 4, 2005   MONTGOMERY, ALABAMA__
Signature of Issuing Officer                  Date and Location

_____
(By) Deputy Clerk

Bail fixed at $_____           by_____
                                          Name of Judicial Officer

| RETURN |
| --- |
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |